# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-60285

---

TESLA, INCORPORATED,

*Petitioner Cross-Respondent*,

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO,

*Petitioner*,

*versus*

NATIONAL LABOR RELATIONS BOARD,

*Respondent Cross-Petitioner*.

---

Petition for Review of an Order of the
National Labor Relations Board
Agency No. 32-CA-197020
Agency No. 32-CA-197058
Agency No. 32-CA-197091
Agency No. 32-CA-197197
Agency No. 32-CA-200530
Agency No. 32-CA-208614
Agency No. 32-CA-210879
Agency No. 32-CA-220777

---

ORDER:

IT IS ORDERED that the unopposed motion of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO for leave to intervene on behalf of National Labor Relations Board is GRANTED.

IT IS ORDERED that the unopposed cross-motion of Tesla, Incorporated for leave to intervene on behalf of National Labor Relations Board is GRANTED.

/s/ *Catharina Haynes*
CATHARINA HAYNES
*United States Circuit Judge*