# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 27, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-60285     Tesla v. NLRB
                     USDC No. 32-CA-197020
                     USDC No. 32-CA-197058
                     USDC No. 32-CA-197091
                     USDC No. 32-CA-197197
                     USDC No. 32-CA-200530
                     USDC No. 32-CA-208614
                     USDC No. 32-CA-210879
                     USDC No. 32-CA-220777


Enclosed is an order entered in this case.



                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Mary Stewart*

                         By: _____
                         Mary C. Stewart, Deputy Clerk
                         504-310-7694


Ms. Ruth E. Burdick
Mr. Daniel E. Curry
Ms. Margo A. Feinberg
Mr. David S. Habenstreit
Mr. Micah Prieb Stoltzfus Jost
Mr. Michael E. Kenneally
Mr. David Bruce Salmons
Mr. John Clay Sullivan
Ms. Kira Dellinger Vol