# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 27, 2021

Ms. Ruth E. Burdick
National Labor Relations Board
Appellate & Supreme Court Litigation Branch
1015 Half Street, S.E.
Suite 4126
Washington, DC 20570


Mr. Daniel E. Curry
Schwartz, Steinsapir, Dohrmann & Sommers, L.L.P.
6300 Wilshire Boulevard
Suite 2000
Los Angeles, CA 90048


Ms. Margo A. Feinberg
Schwartz, Steinsapir, Dohrmann & Sommers, L.L.P.
6300 Wilshire Boulevard
Suite 2000
Los Angeles, CA 90048


Mr. Micah Prieb Stoltzfus Jost
National Labor Relations Board
Appellate & Supreme Court Litigation Branch
1015 Half Street, S.E.
Washington, DC 20570


Mr. Michael E. Kenneally
Morgan, Lewis & Bockius, L.L.P.
1111 Pennsylvania Avenue, N.W.
Suite 411
Washington, DC 20004


Mr. David Bruce Salmons
Morgan, Lewis & Bockius, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004


Mr. John Clay Sullivan
Morgan, Lewis & Bockius, L.L.P.
1717 Main Street
Suite 3200

Dallas, TX 75201


Ms. Kira Dellinger Vol
National Labor Relations Board
Appellate & Supreme Court Litigation Branch
1015 Half Street, S.E.
Room 4129
Washington, DC 20570


    No. 21-60285   Tesla v. NLRB
                    USDC No. 32-CA-197020
                    USDC No. 32-CA-197058
                    USDC No. 32-CA-197091
                    USDC No. 32-CA-197197
                    USDC No. 32-CA-200530
                    USDC No. 32-CA-208614
                    USDC No. 32-CA-210879
                    USDC No. 32-CA-220777


Dear Ms. Burdick, Mr. Curry, Ms. Feinberg, Mr. Jost, Mr.
Kenneally, Mr. Salmons, Mr. Sullivan, and Ms. Vol,

Attached is a revised case caption, which should be used on all
future filings in this case.


        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Mary C. Stewart, Deputy Clerk
        504-310-7694

Tesla, Incorporated,

                Petitioner Cross-Respondent-Intervenor

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO,

                Petitioner-Intervenor

v.

National Labor Relations Board,

                Respondent Cross-Petitioner