# SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP

RICHARD D. SOMMERS
STUART LIBICKI
MICHAEL R. FEINBERG
MARGO A. FEINBERG
HENRY M. WILLIS*
D. WILLIAM HEINE
ZOE S. MOSKOWITZ
AMY M. CU
RICHARD M. SWARTZ
DANIEL E. CURRY**
KIRILL PENTESHIN
JUDY H. LEE
MELANIE LUTHERN

*MEMBER OF CA AND NV BARS
** MEMBER OF CA, NY AND KS BARS

**LAWYERS**

**SUITE 2000**
**6300 WILSHIRE BOULEVARD**
**LOS ANGELES, CALIFORNIA 90048-5268**
**(323) 655-4700**
**FAX (323) 655-4488**
**WEBSITE: WWW.LALABORLAW.COM**

KENNETH M. SCHWARTZ
(1916 – 2008)

MICHAEL D. FOUR
(1956 – 2018)

CLAUDE CAZZULINO
(1954 – 2021)

LAURENCE D. STEINSAPIR
ROBERT M. DOHRMANN
(RETIRED)

WRITER'S DIRECT
E-MAIL ADDRESS:
DEC@SSDSLAW.COM

June 25, 2021

Case No. 21-60285

Good Cause for this extension exists because Counsel for UAW has had other professional obligations leading up to the current June 30 due date, including deadlines related to *Gary M. Romanchuk v. Board of Trustees, et al*, 2:15-cv-08180-AB-KS, USDC C.D. Cal. Good cause also exists for extension because the other Petitioner, Tesla, Inc., has received an extension until July 30, 2021, and thus this extension will keep the two parts of the case on the same schedule.

Sincerely,

Daniel E. Curry