# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 31, 2023

Lyle W. Cayce
Clerk

No. 21-60285

———————

TESLA, INCORPORATED,

*Petitioner Cross-Respondent*,

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE and
AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO,

*Petitioner*,

*versus*

NATIONAL LABOR RELATIONS BOARD,

*Respondent Cross-Petitioner*.

———————————————

Petition for Review of an Order of the
National Board of Labor Relation Board
NLRB Order No. 370 NLRB No. 101

———————————————

Before DENNIS, SOUTHWICK, and WILSON, *Circuit Judges*.

J U D G M E N T

IT IS ORDERED and ADJUDGED that the petitions for review are DENIED, and the NLRB's cross-application to enforce its order is GRANTED.

IT IS FURTHER ORDERED that Petitioners pay to Respondent the costs on appeal to be taxed by the Clerk of this Court.