# United States Court of Appeals for the Fifth Circuit

---

No. 21-60285

---

Tesla, Incorporated,

*Petitioner Cross-Respondent*,

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO,

*Petitioner*,

*versus*

National Labor Relations Board,

*Respondent Cross-Petitioner*.

ORDER:

    IT IS ORDERED that Respondent Cross-Petitioner's unopposed motion to extend the time, to file a response to the petition for rehearing en banc, until June 13, 2023, is DENIED AS MOOT.

/s/ James L. Dennis
James L. Dennis
*United States Circuit Judge*