# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 25, 2024
Lyle W. Cayce
Clerk

No. 21-60285

---

Tesla, Incorporated,

*Petitioner Cross-Respondent*,

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO,

*Petitioner*,

*versus*

National Labor Relations Board,

*Respondent Cross-Petitioner*.

_____

Petition for Review from an Order
of the Board of Immigration Appeals
NLRB Docket No. 32-CA-197020, 32-CA-197058,
32-CA-197091, 32-CA-197197,
32-CA-200530, 32-CA-208614,
32-CA-210879, 32-CA-220777,

_____

Before Elrod, *Chief Judge*, and Jones, Smith, Stewart, Dennis, Richman, Southwick, Haynes, Graves, Higginson, Willett, Duncan, Engelhardt, Oldham, Wilson,

Douglas, and Ramirez, *Circuit Judges*.[*]

## JUDGMENT

This cause was considered on the petition of for review of an order of the Board of Immigration Appeals and was argued by counsel.

IT IS ORDERED and ADJUDGED that the decision of the Board of Immigration Appeals is VACATED, and the cause is REMANDED to the Board of Immigration Appeals for further proceedings in accordance with the opinion of this court.

IT IS FURTHER ORDERED that respondent pay to petitioners the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

---

[*] Judge Ho is recused and did not participate in this decision.